IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE ALLEN SWERD,

       Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

       Defendant.

Case No. 17-cv-131-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, affirming the decision of the Commissioner and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 4/01/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |